# UNITED STATES BANKRUPTCY COURT
## *Central District Of California*

| | |
|---|---|
| **Debtor(s) Name:**<br><br>**Manuel Majano** | **For Court Use Only**<br><br>**FILED**<br><br>*April 16, 2010*<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY RTO DEPUTY CLERK |
| **Chapter:  13**<br><br>**Case Number:  1:09–bk–27788–KT** | # ORDER CLOSING CASE |

*Order dismissing the case of the Debtor(s) named above was entered on **01/22/2010** , and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged from his/her duties in this case, his/her bond is exonerated, and the case is closed.*

*Dated: 4/16/10*                                              *By Order of the United States Bankruptcy Court*

**Kathleen J. Campbell**
*Clerk of Court*

12/ RTO